James R. YOCOM, Commissioner, etc., et al.,
Appellants,

v.

Berley BROWN et al., Appellees.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Thomas L. Ferreri, Department of Labor, Frankfort, for appellants.

Albert A. Burchett, Martin, for appellees.

Memorandum Opinion by Justice PALMORE, Reversing.*

Ernest L. PREWITT, Appellant,

v.

James R. KEITH, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Charles M. Leibson & Gary M. Weiss, Leibson, Dolt & McCarthy, Louisville, for appellant.

Edwin O. Davis, Davis & Mahan, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner J. HOWARD HOLBERT, Affirming.*

Grover OWEN, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Geoffrey P. Morris, Louisville-Jeff. Co. Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Claude Francis RODDY, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Claude Francis Roddy, pro se.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.